CLAASSEN MARRS, P.C.
John S. Claassen, Esq. (212954)
1261 Locust St., C26
Walnut Creek, CA 94596
Tel.: (925) 204-3885
Fax: (925) 204-3886
john@cmpc.law

Attorney for Plaintiff
BIOQ PHARMA INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOQ PHARMA INCORPORATED,<br><br>        Plaintiff,<br><br>    vs.<br><br>STAR CAPITAL INVESTMENTS LLC, a/k/a STAR CAPITAL LLC & STAR CAPITAL; GS HOLDING & GURMEET SINGH BHAMRAH,<br><br>        Defendants. | Case No.: 3:23-cv-00399-WHO<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO FILE A REPLY BRIEF PURSUANT TO CIV. LOCAL RULES 6-2 AND 7-12<br><br>Date: June 7, 2023<br>Time: 2:00 p.m.<br>Place: Courtroom 2, 17th Floor |

**STIPULATION**

Plaintiff BioQ Pharma Incorporated ("Plaintiff") and defendants GS Holding and Star Capital Investment, LLC ("Defendants") hereby stipulate and agree that Plaintiff's deadline to file and serve its Reply to Defendants' Opposition (Doc. 20) to Plaintiff's Motion for Entry of Default (Doc. 16) is hereby extended to through and including May 11, 2023.

//

---

**STIPULATION AND PROPOSED ORDER**

1  DATED: May 3, 2023                    CLAASSEN MARRS, P.C.

2                                                /s/ John S. Claassen, Esq.

3                                         By:_____
                                                John S. Claassen, Esq.
4                                         Attorney of Plaintiff
                                          BIOQ PHARMA INCORPORATED
5

6  DATED: May 2, 2023                    DENTONS US LLP

7                                                /s/ Seena Forouzan

8                                         By:_____
                                                SEENA FOROUZAN (SBN 317777)
9                                         seena.forouzan@dentons.com

10                                        ANDREW AZARMI (SBN 241407)
                                          andrew.azarmi@dentons.com
11                                        Attorneys for Defendants
                                          STAR CAPITAL INVESTMENTS, LLC
12                                        GS HOLDING

13                                                     **ORDER**

14

15

16 DATED:     May 4, 2023                 _____
                                          HON. WILLIAM H. ORRICK
17                                        U.S. DISTRICT JUDGE
                                               PURSUANT TO STIPULATION, IT IS SO ORDERED.
18 //

19 //

20 //

21 //

22 //

23 //

24 //

25

**STIPULATION AND** ~~**PROPOSED**~~ **ORDER**

## DECLARATION OF JOHN S. CLAASSEN, ESQ.

I, John Claassen, declare:

1. I am counsel of record of plaintiff BioQ Pharma, Inc. I submit this declaration in support of the above Stipulation Extending Time for Plaintiff to File its Reply to the defendants' Opposition to my client's Motion for the Entry of Default. Unless otherwise indicated, I have personal knowledge of the facts set forth herein and could and would testify competently thereto if asked to do so.

2. My client's Motion was originally filed with a hearing date of March 27. The Court continued it to May 10. The defendants' filed their Opposition last week, on Thursday, April 27. At the same time, they filed a Motion for Relief from Default, which was set for June 7. The Motion is factually related. The Court then continued my client's motion to the same date.

3. I believe that it is reasonably necessary for my client to have additional time to file its Reply in light of the circumstances of the case. No Opposition was received until last Thursday. Under Civil Local Rule 7-3, a Reply likely would have been due in April given the original filing date. The new proposed deadline is the apparent deadline for defendants to file their Reply to their Motion for Relief from Default.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this May 3, 2023.

/s/ John S. Claassen, Esq.
_____
John S. Claassen, Esq.

**STIPULATION AND ~~PROPOSED~~ ORDER**