UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOQ PHARMA INCORPORATED,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STAR CAPITAL INVESTMENTS LLC, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-00399-AMO<br><br>**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**<br><br>Re: Dkt. No. 46 |

Before the Court is a motion for leave to withdraw as counsel. Counsel from the law firm of Dentons US LLP moves to withdraw as counsel of record without substitution for Defendants Star Capital Investments LLC and GS Holding. Having read and considered the motion as well as the declaration of counsel in support thereof, the Court **ORDERS** as follows:

1. The Motion is **GRANTED** as unopposed.

2. Dentons US LLP and its named attorneys (Andrew S. Azarmi and Seena Forouzan) are permitted to withdraw as counsel of record for Star Capital Investments LLC and GS Holding.

3. Dentons US LLP **SHALL** continue to forward all papers served on it until Defendants retain new counsel pursuant to Civ. L.R. 11-5(b).

**IT IS SO ORDERED.**

Dated: November 14, 2024

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**